# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

STEVE MADDEN                                                              PLAINTIFF

v.                      NO. 3:13CV00196 JLH

LARRY MILLS, Sheriff,
Poinsett County Detention Center                                 DEFENDANT

## ORDER

On September 19, 2013, the Court entered an Order directing plaintiff Steve Madden to file an amended complaint within thirty (30) days. The Order stated that failure to do so would result in dismissal of the action. Madden has not filed an amended complaint. Therefore, this action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 22nd day of October, 2013.

                                                   _____
                                                   J. LEON HOLMES
                                                   UNITED STATES DISTRICT JUDGE